IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

WILMINGTON SAVINGS FUND §
SOCIETY, FSB, not in its individual §
capacity but solely as owner trustee of §
CSMC 2020 RPL2 Trust, §
§
       Plaintiff, §
§
V. § No. 3:23-cv-237-BN
§
SONJA RENEE KING-JOHNSON, §
DAVID HAROLD JOHNSON, III, §
DESIREE L. RENEE JOHNSON, §
§
       Defendants. §

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Wilmington Savings

Fund Society, FSB, not in its Individual capacity but solely as Owner Trustee for CSMC

2020 RPL2 Trust's ("WSFS") Motion for Summary Judgment [Dkt. No. 45] is GRANTED.

It is further ORDRED that WSFS has a statutory probate lien against 16133 Prairie

Meadow Lane, Forney, Texas 75126 (the "Property").

It is further ORDERED that Plaintiff WSFS is authorized to foreclose its lien on the

property that secured the note indebtedness, to wit:

BEING LOT 50 OF HIGHLAND PRAIRIE, PHASE III, AN ADDITION
TO KAUFMAN COUNTY, TEXAS, ACCORDING TO THE PLAT
THEREOF RECORDED IN CABINET 2, ENVELOPE 467, PLAT
RECORDS, KAUFMAN COUNTY, TEXAS

and which has the address of 16133 Prairie Meadow Lane, Forney, Texas 75126 (the

"Property"), pursuant to the note, the security interest, and Texas Property Code § 51.002.

Plaintiff is entitled to apply the proceeds from the sale of the property against not only the

principal and accrued, unpaid interest, pre-judgment interest, and post-judgment interest, but also against the attorney's fees and costs, in an amount to be determined by the Court post-judgment. Plaintiff is directed to file a separate application for attorneys' fees that establishes the amount of reasonable and necessary attorneys' fees and costs that it has incurred, with supporting evidence, based on an acceptable method for calculating attorneys' fees no later than 14 days after entry of judgment as required by Federal Rule of Civil Procedure 54(d)(2)(B)(i).

Costs of court, recoverable under Federal Rule of Civil Procedure 54(d)(1), shall be taxed against Defendants Sonja Renee King-Johnson, David Harold Johnson, III, and Desiree L. Renee Johnson.

The Clerk shall transmit to the parties a true copy of this Judgment.

DATED: September 3, 2024

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE